**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **DIANE SMYERS,** *et al.*, | **Case No. 2:17-cv-1110** |
| **On behalf of themselves and other members of the general public similarly situated,** | **Chief Judge Algenon L. Marbley** |
| **Plaintiffs,** | **Magistrate Judge Chelsea M. Vascura** |
| **v.** | |
| **OHIO MULCH SUPPLY, INC.,** *et al.*, | |
| **Defendants.** | |

............................................

| | |
|---|---|
| **RAY CARTER,** *et al.*, | **Case No. 2:19-cv-1632** |
| **On behalf of themselves and other members of the general public similarly situated,** | **Chief Judge Algenon L. Marbley** |
| **Plaintiffs,** | **Magistrate Judge Chelsea M. Vascura** |
| **v.** | |
| **OHIO MULCH SUPPLY, INC.,** *et al.*, | |
| **Defendants** | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the November 1, 2021 Opinion and Order, the Court **GRANTED** the Motion for Attorney Fees.  The Courts prior approval of the Settlement Agreement **STANDS,** but without the modification to the Parties agreed upon attorneys fees. This action is hereby **DISMISSED with prejudice** per the terms of the settlement agreement**.**  The Court retains jurisdiction over the Actions to enforce the terms of the Settlement.

**Date:  November 1, 2021**                          **Richard W. Nagel, Clerk**

                                                            s/Betty L. Clark
                                                            Betty L. Clark/Deputy Clerk